Order Filed on July 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, NJ 07068<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Catherine E. Youngman (CEY 7596)<br>Attorneys for Catherine E. Youngman<br>Chapter 7 Trustee |

| | |
|---|---|
| In Re:<br><br>JOSEPH VINCENT LOMBARDO,<br><br>       Debtor. | Case No. 13-13759(MBK)<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 7 |

| |
|---|
| Recommended Local Form:        ☒Followed        ☐Modified |

**ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP**
**AS SUCCESSOR COUNSEL *NUNC PRO TUNC* TO APRIL 6, 2016**

　　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 19, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael B. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

ACTIVE 41129745v1 07/05/2016

(Page 2)

In re: Joseph Vincent Lombardo

Case No.: 13-13759(MBK)

Caption: **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS CO-COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO APRIL 6, 2016**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7    ☐Chap. 11    ☐Chap. 13.

☐Debtor:    ☐Chap. 11    ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:  FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee    ☐Debtor-in-Possession

☐Official Committee of _____

---

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is April 6, 2016.

00347427 - 1
ACTIVE 41129745v1 07/05/2016