| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, NJ 07068<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Catherine E. Youngman (CEY 7596)<br>Attorneys for Catherine E. Youngman<br>Chapter 7 Trustee | **Order Filed on July 19, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JOSEPH VINCENT LOMBARDO,<br><br>                      Debtor. | Case No. 13-13759(MBK)<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 7 |

| Recommended Local Form: | ☒Followed | ☐Modified |

### ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP AS SUCCESSOR COUNSEL *NUNC PRO TUNC* TO APRIL 6, 2016

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 19, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

ACTIVE 41129745v1 07/05/2016

(Page 2)

In re: Joseph Vincent Lombardo

Case No.: 13-13759(MBK)

Caption: **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS CO-COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO APRIL 6, 2016**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7    ☐Chap. 11    ☐Chap. 13.

☐Debtor:    ☐Chap. 11    ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL: FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee    ☐Debtor-in-Possession

☐Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is April 6, 2016.

00347427 - 1
ACTIVE 41129745v1 07/05/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Vincent Lombardo  
      Debtor

Case No. 13-13759-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 20, 2016  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.  
db          +Joseph Vincent Lombardo,   936 C Thornhill Court,   Lakewood, NJ 08701-7956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:  
        Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
         NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Catherine E. Youngman   cyoungman@formanlaw.com,  
         NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Catherine E. Youngman   on behalf of Spec. Counsel  Hobbie, Corrigan & Bertucio, P.C. cyoungman@foxrothschild.com,  
         NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        William H. Oliver, Jr.   on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com  
                                                                                                                TOTAL: 5