UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Suite 200
Roseland, NJ  07768
973-992-4800
Attorneys for Catherine E. Youngman
Chapter 7 Trustee

In Re:

JOSEPH VINCENT LOMBARDO,

            Debtor.

**Order Filed on August 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter:   7

Case No.: 13-13759(MBK)

Judge:   Hon.  Michael B. Kaplan

Hearing Date: August 1, 2016
@ 10:00 a.m.

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: August 2, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

00261890 - 1                                              41134024v1

(Page 2)
DEBTOR:   JOSEPH VINCENT LOMBARDO
CASE NO.  13-13759 (MBK)

**ORDER APPROVING SETTLEMENT**

    This matter having been brought before the Court upon the application of Catherine E. Youngman, Esq., the Chapter 7 Trustee, by and through her counsel, Fox Rothschild, LLP, upon Motion for the entry of an Order Approving Settlement of a personal injury underinsured motorist claim of debtor, Joseph Vincent Lombardo in the amount of $50,000.00; and the Court having considered the papers submitted and the arguments of counsel; and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, debtors' counsel, special counsel, all secured creditors and other parties in interest as set forth in the service list attached thereto; and for good cause show;

    IT IS HEREBY ORDERED that the settlement of the personal injury action in the amount of $50,000.00 for the underinsured motorist claim is hereby approved.