UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FOX ROTHSCHILD, LLP
75 Eisenhower Parkway
Suite 200
Roseland, NJ  07768
973-992-4800
Attorneys for Catherine E. Youngman
Chapter 7 Trustee

In Re:

JOSEPH VINCENT LOMBARDO,

            Debtor.

**Order Filed on August 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter:   7

Case No.: 13-13759(MBK)

Judge:   Hon.  Michael B. Kaplan

Hearing Date: August 1, 2016
@ 10:00 a.m.

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER APPROVING SETTLEMENT

    The relief set forth on the following pages, numbered two (2)   is hereby **ORDERED**.

**DATED: August 2, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

00261890 - 1     41134024v1

(Page 2)
DEBTOR:     JOSEPH VINCENT LOMBARDO
CASE NO.    13-13759 (MBK)

**ORDER APPROVING SETTLEMENT**

    This matter having been brought before the Court upon the application of Catherine E. Youngman, Esq., the Chapter 7 Trustee, by and through her counsel, Fox Rothschild, LLP, upon Motion for the entry of an Order Approving Settlement of a personal injury underinsured motorist claim of debtor, Joseph Vincent Lombardo in the amount of $50,000.00; and the Court having considered the papers submitted and the arguments of counsel; and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, debtors' counsel, special counsel, all secured creditors and other parties in interest as set forth in the service list attached thereto; and for good cause show;

    IT IS HEREBY ORDERED that the settlement of the personal injury action in the amount of $50,000.00 for the underinsured motorist claim is hereby approved.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Vincent Lombardo  
      Debtor

Case No. 13-13759-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 03, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.  
db        +Joseph Vincent Lombardo,   936 C Thornhill Court,    Lakewood, NJ 08701-7956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:  
        Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Catherine E. Youngman    cyoungman@formanlaw.com,  
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Catherine E. Youngman    on behalf of Spec. Counsel   Hobbie, Corrigan & Bertucio, P.C.  
     cyoungman@foxrothschild.com,  
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
        William H. Oliver, Jr.    on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com  
                                                                                                                                                      TOTAL: 5