Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 13−13759−MBK
                  Chapter: 7
                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Vincent Lombardo
   936 C Thornhill Court
   Lakewood, NJ 08701

Social Security No.:
   xxx−xx−3837

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 9, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48 − 45
Order Granting Application For Compensation for Hobbie, Corrigan & Bertucio, P.C., fees awarded: $16122.53, expenses awarded: $1584.00 (Related Doc # 45). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/9/2016. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 9, 2016
JJW: kmf

                                                                       James J. Waldron
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Vincent Lombardo  
　　　Debtor  

Case No. 13-13759-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　Page 1 of 1　　Date Rcvd: Sep 09, 2016  
　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.  
sp　　　　　　+Hobbie, Corrigan & Bertucio, P.C.,　125 Wyckoff Road,　Eatontown, NJ 07724-1881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:  
　　　Catherine E. Youngman　　on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
　　　　NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
　　　Catherine E. Youngman　　cyoungman@formanlaw.com,  
　　　　NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
　　　Catherine E. Youngman　　on behalf of Spec. Counsel　Hobbie, Corrigan & Bertucio, P.C.  
　　　　cyoungman@foxrothschild.com,  
　　　　NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
　　　Joshua I. Goldman　　on behalf of Creditor　BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,  
　　　　bkgroup@kmllawgroup.com  
　　　William H. Oliver, Jr.　　on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5