|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FOX ROTHSCHILD, LLP<br>75 EISENHOWER PARKWAY<br>SUITE 200<br>ROSELAND, NJ  07068<br>973- 992-4800<br>Attorneys for Catherine E. Youngman (CEY 7596)<br>Chapter 7 Trustee | **Order Filed on September 9, 2016**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JOSEPH VINCENT LOMBARDO,<br><br>                Debtor. | Case No.: 13-13759(MBK)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

## SECOND ORDER AUTHORIZING COMPENSATION TO HOBBIE, CORRIGAN & BERTUCIO AS SPECIAL COUNSEL TO CATHERINE E. YOUNGMAN, TRUSTEE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: September 9, 2016**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

00351178 - 1                     41645693v1

(Page 2)
DEBTOR:    JOSEPH VINCENT LOMBARDO
CASE NO.   13-13759(MBK)

## SECOND ORDER AUTHORIZING COMPENSATION TO NORMAN M. HOBBIE, ESQ. AS SPECIAL ATTORNEY FOR CATHERINE E. YOUNGMAN, TRUSTEE

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Hobbie Corrigan & Bertucio, P. C | $ 16,122.53 | $1,584.00 |

00351178 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-13759-MBK
Joseph Vincent Lombardo                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Sep 09, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db           +Joseph Vincent Lombardo,    936 C Thornhill Court,    Lakewood, NJ 08701-7956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
     Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
      NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
     Catherine E. Youngman    cyoungman@formanlaw.com,
      NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
     Catherine E. Youngman    on behalf of Spec. Counsel   Hobbie, Corrigan & Bertucio, P.C.
      cyoungman@foxrothschild.com,
      NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
     Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     William H. Oliver, Jr.    on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com
                                                                                                   TOTAL: 5