Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  13–13759–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Vincent Lombardo
   936 C Thornhill Court
   Lakewood, NJ 08701
Social Security No.:
   xxx–xx–3837
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       1/19/17
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Catherine Youngman
On behalf of
Forman Holt Eliades &
Youngman

COMMISSION OR FEES
$4,136.00

EXPENSES
$88.69

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: December 22, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joseph Vincent Lombardo
    Debtor

Case No. 13-13759-MBK
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Dec 22, 2016 |
|---|---|---|---|
| | Form ID: 137 | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
```
db            +Joseph Vincent Lombardo,   936 C Thornhill Court,   Lakewood, NJ 08701-7956
aty           +Forman Holt Eliades & Youngman, LLC,   80 Route 4 East,   Suite 290,   Paramu, NJ 07652-2661
sp            +Hobbie, Corrigan & Bertucio, P.C.,   125 Wyckoff Road,   Eatontown, NJ 07724-1881
513709857    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America, N.A.,   4161 Piedmont Parkway,
               Greensboro, NC 27410)
513709858     +Bannk of America,   P.O. Box 982238,   El Paso, TX 79998-2235
513709859     +Best Buy,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
513709860     +Brick Utilities,   1551 Highway 88 West,   Brick, NJ 08724-2399
513709861     +Chase Bank USA,   P.O. Box 15298,   Wilmington, DE 19850-5298
513709866     +Patricia Lombardo,   936 C Thornhill Court,   Lakewood, NJ 08701-7956
513709867     +Quality Asset Recovery,   7 Foster Avenue,   Suite 101,   Gibbsboro, NJ 08026-1191
513709868     +Southern Ocean County Hospital,   1140 Route 72 West,   Manahawkin, NJ 08050-2499
513709869     +Sovereign Bank,   Corporate Office,   P.O. Box 13620,   Columbus, OH 43213-0620
513709870     +State of NJ Student Assistance,   P.O. Box 538,   Trenton, NJ 08625-0538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 00:03:41    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 00:03:39    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513768695     +E-mail/Text: bnc@bass-associates.com Dec 23 2016 00:03:01    Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, Az 85712-1083
514694248      E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 00:10:47    GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
513709863     +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 00:10:29    GECRB/Care Credit,
               P.O. Box 965036,   Orlando, FL 32896-5036
513709864      E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Dec 23 2016 00:04:18
               Hyundai Motor Finance,   10550 Talbert Ave,   Fountain Valley, CA 92708
513709865     +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 00:11:08    Lowe's,   P.O. Box 965005,
               Orlando, FL 32896-5005
515293565     +E-mail/Text: bnc@bass-associates.com Dec 23 2016 00:03:02    eCast Settlement Corporation,
               Assignee of Capital One N.A.,   Bass & Associates, P.C.,   3936 E Ft. Lowell Road, Suite # 200,
               Tucson, AZ 85712-1083
                                                                                            TOTAL: 8
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513709862*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,   P.O. Box 982235,   El Paso, TX 79998)
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2016        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
```
            Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
            NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
            Catherine E. Youngman    cyoungman@formanlaw.com,
            NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
```

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Dec 22, 2016
                              Form ID: 137           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Catherine E. Youngman    on behalf of Spec. Counsel    Hobbie, Corrigan & Bertucio, P.C.
          cyoungman@foxrothschild.com,
          NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         William H. Oliver, Jr.    on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com
                                                                          TOTAL: 6