| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway<br>Suite 200<br>Roseland, NJ  07068<br>Telephone: 973-992-4800<br>Fax:  973-992-9125<br>Attorneys  for Catherine E. Youngman,<br>Chapter 7 Trustee |
| In Re:<br><br> JOSEPH VINCENT LOMBARDO<br><br>Debtors. |

**Order Filed on December 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No .:  13-13759 ( MBK)

Judge: Hon. Michael B. Kaplan

Chapter: 7

| Recommended Local Form:           ☒   Followed     ☐Modified |
|---|

### ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO <u>FOX ROTHSCHILD, LLP   AS COUNSEL TO THE TRUSTEE</u>

The relief set forth on the following pages, numbered two (2) is    hereby **ORDERED**.

**DATED: December 29, 2016**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

43733791.v1

(Page 2)
**DEBTOR:    JOSEPH VINCENT LOMBARDO**
**CASE NO.    13-13759 (MBK)**
**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO THE TRUSTEE**

---

This matter having been opened to the Court upon application of Catherine E. Youngman, Chapter 7 Trustee, for compensation of Fox Rothschild, LLP as counsel for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Fox Rothschild, LLP | $ 780.00 | $ 10.97 |