| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway<br>Suite 200<br>Roseland, NJ  07068<br>Telephone: 973-992-4800<br>Fax:  973-992-9125<br>Attorneys  for Catherine E. Youngman,<br>Chapter 7 Trustee | Order Filed on December 29, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOSEPH VINCENT LOMBARDO<br><br>Debtors. | Case No .:  13-13759 ( MBK)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

| Recommended Local Form: | ☒  Followed   ☐Modified |

**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO**
<u>**FOX ROTHSCHILD, LLP   AS COUNSEL TO THE TRUSTEE**</u>

The relief set forth on the following pages, numbered two (2) is   hereby **ORDERED**.

**DATED: December 29, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

43733791.v1

(Page 2)
**DEBTOR:     JOSEPH VINCENT LOMBARDO**
**CASE NO.    13-13759 (MBK)**
**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO THE TRUSTEE**

_____

This matter having been opened to the Court upon application of Catherine E. Youngman, Chapter 7 Trustee, for compensation of Fox Rothschild, LLP as counsel for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Fox Rothschild, LLP | $ 780.00 | $ 10.97 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-13759-MBK
Joseph Vincent Lombardo                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 29, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2016.
db             +Joseph Vincent Lombardo,    936 C Thornhill Court,    Lakewood, NJ 08701-7956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2016 at the address(es) listed below:
    Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
    Catherine E. Youngman    cyoungman@formanlaw.com,
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
    Catherine E. Youngman    on behalf of Spec. Counsel   Hobbie, Corrigan & Bertucio, P.C. cyoungman@foxrothschild.com,
     NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    William H. Oliver, Jr.    on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com
                                                                       TOTAL: 6