| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway<br>Suite 200<br>Roseland, NJ  07068<br>Telephone: 973-992-4800<br>Fax:  973-992-9125<br>Attorneys  for Catherine E. Youngman,<br>Chapter 7 Trustee | **Order Filed on January 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSEPH VINCENT LOMBARDO<br><br>Debtors. | Case No .:  13-13759 ( MBK)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

| Recommended Local Form:           ☒  Followed     ☐Modified |
|---|

**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN, LLC   AS COUNSEL TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) is    hereby **ORDERED**.

**DATED: January 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
**DEBTOR:   JOSEPH VINCENT LOMBARDO**
**CASE NO.   13-13759 (MBK)**
**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN, LLC AS COUNSEL TO THE TRUSTEE**

---

This matter having been opened to the Court upon application of Catherine E. Youngman, Chapter 7 Trustee on behalf of Forman Holt Eliades & Youngman, LLC, for compensation as counsel for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Catherine Youngman On behalf of Forman Holt Eliades & Youngman | $ 4,136.00 | $ 88.69 |