| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway<br>Suite 200<br>Roseland, NJ  07068<br>Telephone: 973-992-4800<br>Fax:  973-992-9125<br>Attorneys  for Catherine E. Youngman,<br>Chapter 7 Trustee | Order Filed on January 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br> JOSEPH VINCENT LOMBARDO<br><br>                      Debtors. | Case No .:  13-13759 ( MBK)<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 7 |

| |
|---|
| Recommended Local Form:            ☒  Followed    ☐Modified |

# ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN, LLC   AS COUNSEL TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is    hereby **ORDERED**.

**DATED: January 20, 2017**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
**DEBTOR:   JOSEPH VINCENT LOMBARDO**
**CASE NO.   13-13759 (MBK)**
**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ELIADES & YOUNGMAN, LLC AS COUNSEL TO THE TRUSTEE**

___

This matter having been opened to the Court upon application of Catherine E. Youngman, Chapter 7 Trustee on behalf of Forman Holt Eliades & Youngman, LLC, for compensation as counsel for Catherine E. Youngman, Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Catherine Youngman<br>On behalf of<br>Forman Holt Eliades &<br>Youngman | $ 4,136.00 | $ 88.69 |

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-13759-MBK
Joseph Vincent Lombardo                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 20, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db             +Joseph Vincent Lombardo,    936 C Thornhill Court,    Lakewood, NJ 08701-7956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    cyoungman@formanlaw.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    on behalf of Spec. Counsel  Hobbie, Corrigan & Bertucio, P.C.
               cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William H. Oliver, Jr.    on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com
                                                                                             TOTAL: 6