Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

          Case No.:  13–13759–MBK  
          Chapter:  7  
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
 Joseph Vincent Lombardo  
 936 C Thornhill Court  
 Lakewood, NJ 08701

Social Security No.:  
 xxx–xx–3837

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

 THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

 NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Michael B. Kaplan on:

DATE:     March 9, 2017  
TIME:     10:00 AM  
LOCATION:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:    $65,000.00  
TOTAL DISBURSEMENTS: $49, 716.24  
BALANCE ON HAND:   $15,283.76

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Catherine E. Youngman, Trustee

COMMISSION OR FEES  
$4,771.00

EXPENSES  
$140.40

The trustee's application to abandon the following property will be heard and acted upon:  
None.

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: February 1, 2017
JAN: gan

                                                           Jeanne Naughton
                                                           Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 13-13759-MBK
Joseph Vincent Lombardo                                         Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2        Date Rcvd: Feb 01, 2017
                              Form ID: 192                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db             +Joseph Vincent Lombardo,    936 C Thornhill Court,    Lakewood, NJ 08701-7956
aty            +Forman Holt Eliades & Youngman, LLC,    80 Route 4 East,   Suite 290,    Paramu, NJ 07652-2661
sp             +Hobbie, Corrigan & Bertucio, P.C.,    125 Wyckoff Road,   Eatontown, NJ 07724-1881
513709857     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America, N.A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410)
513709858      +Bannk of America,    P.O. Box 982235,    El Paso, TX 79998-2235
513709859      +Best Buy,   P.O. Box 30253,    Salt Lake City, UT 84130-0253
513709860      +Brick Utilities,    1551 Highway 88 West,   Brick, NJ 08724-2399
513709861      +Chase Bank USA,    P.O. Box 15298,   Wilmington, DE 19850-5298
513709866      +Patricia Lombardo,    936 C Thornhill Court,   Lakewood, NJ 08701-7956
513709867      +Quality Asset Recovery,    7 Foster Avenue,   Suite 101,   Gibbsboro, NJ 08026-1191
513709868      +Southern Ocean County Hospital,    1140 Route 72 West,   Manahawkin, NJ 08050-2499
513709869      +Sovereign Bank,    Corporate Office,   P.O. Box 13620,   Columbus, OH 43213-0620
513709870      +State of NJ Student Assistance,    P.O. Box 538,   Trenton, NJ 08625-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2017 23:00:46     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2017 23:00:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513768695      +E-mail/Text: bnc@bass-associates.com Feb 01 2017 22:59:57     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,   Tucson, Az 85712-1083
514694248       E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 22:57:37     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
513709863      +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 22:57:20     GECRB/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
513709864       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 01 2017 23:01:34
                 Hyundai Motor Finance,    10550 Talbert Ave,   Fountain Valley, CA 92708
513709865      +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 22:57:51     Lowe's,   P.O. Box 965005,
                 Orlando, FL 32896-5005
515293565      +E-mail/Text: bnc@bass-associates.com Feb 01 2017 22:59:58     eCast Settlement Corporation,
                 Assignee of Capital One N.A.,    Bass & Associates, P.C.,   3936 E Ft. Lowell Road, Suite # 200,
                 Tucson, AZ 85712-1083
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513709862*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    FIA Card Services,    P.O. Box 982235,   El Paso, TX 79998)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
             Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
                NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
             Catherine E. Youngman    cyoungman@formanlaw.com,
                NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 01, 2017
                              Form ID: 192             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Catherine E. Youngman   on behalf of Spec. Counsel   Hobbie, Corrigan & Bertucio, P.C. cyoungman@foxrothschild.com,
          NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          William H. Oliver, Jr.   on behalf of Debtor Joseph Vincent Lombardo bkwoliver@aol.com

                                                                                                                                                      TOTAL: 6