UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 9, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Joseph Vincent Lombardo

| | |
|---|---|
| Case No.: | 13-13759 |
| Hearing Date: | 3/9/2017 |
| Judge: | Kaplan |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 9, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:
LOMBARDO, JOSEPH VINCENT

Debtor(s).  |  Case No. 13-13759 (MBK)

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2017, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,771.00 is reasonable compensation for the services in this case by Catherine E. Youngman, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $140.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.